1  CARL E. LARSON, Bar #48162
   Attorney at Law
2  9490 Golden Gate Avenue
   Orangevale, CA 95662
3  Telephone: (916) 989-9226

4

5  Attorney for Defendant
   JOHN HENDRIX

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )  NO. CR.S. 13-00091-JAM
10                                 )
                  Plaintiff,       )
11                                 )  STIPULATION AND ORDER TO CONTINUE
        v.                         )  TRIAL CONFIRMATION HEARING
12                                 )
   JOHN HENDRIX,                   )  Date:  July 2, 2013
13                                 )  Time:  9:45 a.m.
                  Defendant.       )  Judge: JOHN A. MENDEZ
14                                 )
   _____ )
15

16

17       IT IS HEREBY STIPULATED by and between the parties hereto through

18  their respective counsel, Olusere Olowayeye Assistant United States

19  Attorney, attorney for plaintiff and Carl E. Larson, Esq. attorney for

20  defendant JOHN HENDRIX that the trial confirmation hearing set for June

21  25, 2013 be rescheduled for July 2, 2013 at 9:45 a.m.

22       The reason for this continuance is that defense counsel needs

23  additional time to review the discovery and for further investigation.

24       Based upon the foregoing, the parties agree that the time under the

25  Speedy Trial Act should be excluded from the date of signing of this

26  order through and including July 2, 2013, pursuant to 18 U.S.C. §3161

27  (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based

28  upon continuity of counsel.

1   Dated:   June 20, 2013      Respectfully submitted,

2                             /s/ Carl E. Larson
                            CARL E. LARSON

3                             Attorney for Defendant
                            JOHN HENDRIX

4

5

6                             BENJAMIN B. WAGNER
                            United States Attorney

7                             /s/ Carl E. Larson for
                            OLUSERE OLOWOYEYE

8                             Assistant U.S. Attorney

9                                 ORDER

10      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

11 ordered that the June 25, 2013, trial confirmation hearing be continued

12 to July 2, 2013, at 9:45 a.m.  Based on the representation of defense

13 counsel and good cause appearing therefrom, the Court hereby finds that

14 the failure to grant a continuance in this case would deny defense

15 counsel reasonable time necessary for effective preparation, taking

16 into account the exercise of due diligence.  The Court finds that the

17 ends of justice to be served by granting a continuance outweigh the

18 best interests of the public and the defendants in a speedy trial.  It

19 is ordered that time up to and including the July 2, 2013 trial

20 confirmation hearing be excluded from computation of time within which

21 the trial of this matter must be commenced under the Speedy Trial Act

22 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow

23 defense counsel reasonable time to prepare.

24

25 Dated: 6/20/2013                  /s/ John A. Mendez
                            JOHN A. MENDEZ

26                             United States District Court Judge

27

28